IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**VALERIE A WALKER**                                                                            **PLAINTIFF**

v.                    **CASE NO. 4:22-CV-00637-BSM**

**STATE OF ARKANSAS,** *et al.*                                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of August, 2022.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE